AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Securities and Exchange Commission, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23 Civ. 2200 |
| Ho Wan Kwok, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission.

Date:   03/15/2023

/s/ Daniel Loss
*Attorney's signature*

Daniel Loss (NY1941)
*Printed name and bar number*
100 Pearl Street, Suite 20-100
New York, NY  10004

*Address*

LossD@sec.gov
*E-mail address*

(212) 336-5571
*Telephone number*

*FAX number*