**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

    v.

HO WAN KWOK, *et al.*,

        Defendants.

Case No. 1:23-cv-02200-PGG

**NOTICE OF APPEARANCE**

       **PLEASE TAKE NOTICE** that the undersigned attorney, William R. Baldiga, hereby

appears as counsel of record for Defendant Ho Wan Kwok, in the above-captioned proceeding.  I

certify that I am admitted to practice in this Court.

Dated: March 29, 2023

       Respectfully Submitted,

       */s/ William R. Baldiga*
       William R. Baldiga (WB-6662)
       BROWN RUDNICK LLP
       Seven Times Square
       New York, NY 10036
       Tel: (212) 209-4942
       Fax: (212) 209-4801
       E-mail: wbaldiga@brownrudnick.com

       *Attorney for Defendant Ho Wan Kwok*