**Return of Service**

**UNITED STATES DISTRICT COURT**
**Southern District of New York**

Securities and Exchange Commission
  Plaintiff

Case Number: 1:23-cv-02200

vs.

Ho Wan Kwok; et al.
  Defendant


On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549


Received by Cavalier to be served on Mei Guo at 373 Taconic Road, Greenwich, CT 06831.


I, Joe Vallone, being duly sworn, depose and say that on April 3, 2023 at or about 8:18 PM I served Summons & Complaint to Tom Dunsing as Security Guard at 373 Taconic Road, Greenwich, CT 06831, being of suitable age and discretion to accept service in the absence of Mei Guo. Upon information and belief, 373 Taconic Road, Greenwich, CT 06831 is the usual place of abode of Mei Guo.


Fed. R. Civ. Proc. 4(e)(1) specifies in relevant part that service may be made by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located." Therefore, service was made in accordance with NY CPLR §308.2 by "delivering the papers within the state to a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode (residence) of the person to be served." The documents were served to Tom Dunsing as a person of suitable age and discretion in a capacity equivalent to a doorman. I certify that on April 4, 2023, the aforementioned documents were mailed to Mei Guo at the aforementioned address in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against Mei Guo.


I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.



4/5/23
_____    Date
Joe Vallone
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2023-108510
Reference: 23-NYRO-070