**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>        -against-<br><br>HO WAN KWOK, *et al.*,<br><br>                    Defendants, | Case No.: 1:23-cv-02200-PGG<br><br>**STIPULATION FOR EXTENSION OF TIME FOR MEI GUO TO ANSWER TO THE COMPLAINT** |

Relief Defendant Mei Guo (hereinafter "Ms. Guo"), represented by Chiesa Shahinian & Giantomasi, PC and Day Pitney LLP, together with the Securities and Exchange Commission ("Plaintiff") respectfully request that this Court extend Ms. Guo's deadline to respond to the Complaint, as set forth below:

1. On March 15, 2023, Plaintiff filed the Complaint in the above-captioned matter. (ECF No. 1.)

2. On April 3, 2023, the Complaint and Summons were served upon Ms. Guo. (ECF No. 35.)

3. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Ms. Guo has 21 days after service of the Summons and Complaint to answer or otherwise respond to the Complaint. Thus, a responsive pleading is due by April 24, 2023. (ECF No. 35.)

4. The Parties have stipulated to extend Ms. Guo's deadline to file an Answer to the Complaint by or until May 26, 2023.

5. Ms. Guo has not sought any previous extensions.

**WHEREFORE**, the undersigned respectfully requests that this Court grant an extension for Ms. Guo to file an Answer to the Complaint by or until May 26, 2023.

Respectfully Submitted,

Dated: New York, New York
April 21, 2023

By: */s/ Daniel Loss*
Daniel Loss
William Conway
E-mail: LossD@sec.gov
Telephone: (212) 336-5571
Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, New York 10004-2616

*Attorneys for Plaintiff Securities and Exchange Commission*

By: /s/*Lee Vartan*
Lee Vartan
E-mail: lvartan@csglaw.com
Melissa Wernick
E-mail: mwernick@csglaw.com
**CHIESA SHAHINIAN & GIANTOMASI PC**
Eleven Times Square, 34th Floor
New York, New York 10036
Telephone: (212) 973-0572
Facsimile: (973) 325-1501

-and-

Stanley A. Twardy Jr.
**DAY PITNEY LLP**
One Stamford Plaza, 7th Floor
263 Tresser Boulevard
Stamford, CT 06901
Tel: (203) 977-7300
Fax: (866) 458-1037
satwardy@daypitney.com

*Attorneys for Relief Defendant Mei Guo*

So Ordered on this _____ day of _____ 2023.

_____
The Honorable Paul G. Gardephe
United States District Judge

2

## CERTIFICATE OF SERVICE

      I hereby certify that on April 21, 2023, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                   By: /s/ *Lee Vartan*  
                                                      Lee Vartan