**William J. Quinlan (*pro hac vice*)**
wjq@quinlanfirm.com
**Eric T. Schmitt (*pro hac vice*)**
eschmitt@quinlanfirm.com
**THE QUINLAN LAW FIRM, LLC**
233 S. Wacker Drive, 61st Floor
Chicago, Illinois 60606
(312) 883-5500
docketing@quinlanfirm.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  -against-<br><br>HO WAN KWOK (A/K/A MILES GUO, MILES KWOK, WENGUI GUO AND BROTHER SEVEN), KIN MING JE (A/K/A WILLIAM JE), MOUNTAINS OF SPICES LLC (D/B/A NEW YORK FARM), and G CLUB OPERATIONS LLC,<br><br>    Defendants,<br><br>  -and-<br><br>MEI GUO, QIANG GUO (A/K/A MILESON GUO), HING CHI NGOK, and SIN TING RONG,<br><br>    Relief Defendants. | Case No. 1:23-CV-2200<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Rule 12 Federal Rules of Civil Procedure and Rule I.D of the Individual Rules of Practice of Judge Paul G. Gardephe and Plaintiff Securities and Exchange Commission and Defendant Mountains of Spices, LLC ("MOS")  hereby stipulate to extend the deadline for MOS to answer or otherwise respond to the Complaint from April 26, 2023 to May 26, 2023. This is the first extension of the deadline to respond to the Complaint.

| | |
|---|---|
| Dated: April 21, 2023. | /s/ Eric T. Schmitt |
| | William J. Quinlan |
| | wjq@quinlanfirm.com |
| | Eric T. Schmitt |
| | eschmitt@quinlanfirm.com |
| | The Quinlan Law Firm, LLC |
| | 233 S. Wacker Drive, 61st Floor |
| | Chicago, Illinois 60606 |
| | Main: (312) 883-5500 |
| | Dir: (312) 629- 6012 |
| | |
| | *Attorneys for Mountains of Spices, LLC* |
| | |
| Dated: April 21, 2023 | /s/ Daniel Loss |
| | |
| | Daniel Loss |
| | William Conway |
| | Securities and Exchange Commission |
| | 100 Pearl Street, Suite 20-100 |
| | New York, New York 10004-2616 |
| | (212) 336-5571 (Loss) |
| | LossD@sec.gov |
| | |
| | *Attorneys for the Securities and Exchange Commission* |

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated: April 26, 2023