

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

June 9, 2023

**By ECF**

Hon. Paul G Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *SEC v. Ho Wan Kwok, et al.*, 23 Civ. 2200 (PGG)

Dear Judge Gardephe:

    Plaintiff Securities and Exchange Commission (the "SEC") respectfully submits this letter to seek confirmation that the Initial Pretrial Conference previously set for June 15, 2023 (Dkt. 4) is adjourned *sine die* in light of the stay entered pursuant to the Court's April 28, 2023 Order (the "Stay Order") (Dkt. 44). The SEC is prepared to appear on June 15, 2023 in the event the Court wishes to proceed with the conference.

    Finally, the SEC respectfully requests that the Court grant its unopposed application for permission to continue efforts to serve international defendants during the pendency of the stay for the reasons set forth in its May 16, 2023 letter. (Dkt. 46).

                                                        Respectfully submitted,

                                                        /s/ Daniel Loss

                                                        Daniel Loss
                                                        Senior Trial Counsel

cc:    All counsel of record (by ECF)

## MEMO ENDORSED

*The Conference previously scheduled for June 15, 2023 is adjourned sine die pursuant to the stay order issued by this Court.*

SO ORDERED:

*Paul A. Gardephe*
Paul G. Gardephe, U.S.D.J.
June 13, 2023