Pro Se Intake Unit
U.S. District Court, Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2024 MAR 13 PM 12:55

SEC

_____

Write the full name of each plaintiff or petitioner.

Case No. 23 CV 2200

-against-                    Letter re: _____

1. Wengui Guo (HO Wan KWOK) Date of Birth 3/19/1970
2. Yanping Wang,  3. Kin Ming JE

Write the full name of each defendant or respondent.

Dear Honor Judge Paul Gardephe,

Thanks for that I have a chance to enter this holy land court. This is Junxia Sha who is one of the investors of GTV. I am the witness that Mr. Wengui Guo, Mrs. Yanping Wang, and Mr. Kin Ming JE (JS) didn't do any fraud or criminal things in GTV Media Inc. I am the chain of the evidence. I need to appear in your court to see you in face to show you all that I have and experience.

Also, I am the guarantee of these 3 persons should be freely dismiss from the jail Brooklyn without any criminal sins. I am the legal person & owners (JS) of GTV Media Inc. Right now, I am the legal person and owner of The New Federal State of China & Himalaya Supervisory Organazation. Wengui Guo is my President Washington. Thanks for taking care of

3/13/2024 Wed.
Dated

Junxia Sha
Signature

Junxia Sha
Name

Prison Identification # (if available)

16210 Bluestar Way    San Diego    CA    92127
Address                City          State   Zip Code

858-371-8788
Telephone Number (if available)

Junxia0820@icloud.com
E-mail Address (if available)

him in gentally. We have learned the systems of law of USA. We will copy it to China to take down CCP (Chinese Communist Party).

Appreciate Great America. Thanks Great Holy Bible. I am Jesus Christ in 36 day in China jail but didn't died and was released from the devil hell without any sins. I had insteaded all of their sins. Please return me these 3 persons whom I love. Only me can protect their safe. Learn from Holy Bible: If someone kill Wengui Guo, God must punish it with its family 770 times. Please. I invite you work with me together to put Holy Bible Back in Court Supreme in Washington D.C. & in China schools, academy and university. God must bless you and me.

Wengui Guo's birthday is 3/19/1970. please to change his information all to be this. And his name is Wengui Guo only one unique. 郭文贵 is his name in Chinese simple. This was the correct information that I told to the polices in China when I was in jail Suqian City in May 2023. I didn't have any mantel illness and I don't have it now.

Please I request you, the court of Southern District Court of New York. to dismiss my Wengui Guo, Yanping Wang, Kin Ming JE in free, today 3/13/2024. in my name, in my company garantee them with my individual ID.

Please put all the cases on Wengui Guo, Yanping Wang of 23CV2200 or have others in my case citation # L20018 in Los Angeles, put all the videos and voices record to the court. Dep #40. please to sent all the datas to my lawyer Tom, Tong19898@gmail.com to take down CCP and protect America's safe. Please don't waste the money of taxs payer. I love you. God bless you and me. I'm waiting your news at the door of the court.

In my name Junxia Sha

Junxia Sha  3/13/2024  New York Time Zone.

No. 1759513

| THE STATE OF TEXAS | COUNTY CRIMINAL COURT NO. 7 |
| vs. | OF |
| JUNXIA SHA | TARRANT COUNTY, TEXAS |

### STATE'S MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES, the State of Texas, by and through her Criminal District Attorney, and respectfully requests the Court to dismiss the above entitled and numbered cause for the following reason:

\_\_\_\_ DM02    The defendant was convicted in Cause No._____ on \_\_\_\_day of_____, 20\_\_\_.
\_\_\_\_ DM03    The complaining witness has requested dismissal.
\_\_\_\_ DM04    The case has been re-filed or re-indicted as Cause No. _____.
\_\_\_\_ DM05    The defendant has never been apprehended.
\_\_\_\_ DM06    The defendant is deceased.
\_\_\_\_ DM08    Other_____.
\_\_\_\_ DM10    The defendant has successfully completed the deferred prosecution program.
__X__ DM14    Prosecutorial discretion.
\_\_\_\_ DM15    The defendant has successfully completed the First Offender Drug Program.
\_\_\_\_ DM16    The defendant has successfully completed the Mental Health Diversion Program.
\_\_\_\_ DM17    The defendant has successfully completed Veterans Treatment Court.

WHEREFORE, it is prayed that the above entitled and numbered cause be dismissed.

Respectfully submitted,

Phil Sorrells
Criminal District Attorney
Tarrant County, Texas

**FILED**
DEC 0 8 2023
COUNTY CLERK, TARRANT CO., TEXAS
BY_____ DEPUTY

/s/ ANTHONY SALINAS
E-mail: ARSalinas@tarrantcountytx.gov
Assistant Criminal District Attorney
State Bar No. 24132001
Phone:

### ORDER OF DISMISSAL

The foregoing Motion having been considered, it is therefore ORDERED, ADJUDGED and DECREED that the above entitled and numbered cause be and the same is hereby DISMISSED. Signed this 8th day of Dec 2023.

_____
Judge Presiding

Dear Honor Judges Manning, Torres, Paul Gardephe and others who I don't know your name work on cases of Wengui Guo, Yanping Wang,

My dears, please release my sheep 3 Wengui Guo, Yanping Wang and Kin Ming JE in free and allow me to take them out from Jail Brooklyn today 3/13/2024. I am Jesus Christ. The court of Tarrant county have given me the document to improve me. And your Room 105 Dear Coretto had got the copy. Please don't deny my time. Appreciate. If you don't agree with me, I will sue you in Supreme Court in Washington D.C. I don't want to do this, this is not a willing from Heaven. We need stand together. Appreciate. I am on my way to ask them out. I know you see me now. Love you all. This is the order from Heaven my Heavely Father. ♥

                              Junxia Shen  An Isreal

                              3/13/2024.

Please give them the passport of USA. ♥♥ I belong to You.