AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

Securities and Exchange Commission

*Plaintiff(s)*

v.

Ho Wan Kwok, et al.

*Defendant(s)*

Civil Action No. 1:23-cv-02200 (PGG)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Qiang Guo (a/k/a Mileson Guo)
5 Princes Gate, Apt. 6
London
SW7 1QJ
United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Loss
Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/17/2024

s/ G. Pisarczyk

*Signature of Clerk or Deputy Clerk*