

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

January 6, 2025

**By ECF**
Hon. Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *SEC v. Ho Wan Kwok, et al.*, 23 Civ. 2200 (PGG)

Dear Judge Gardephe:

    Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this letter to update the Court regarding its efforts to serve relief defendant Qiang Guo (a/k/a Mileson Guo).

    Earlier today, the SEC filed an affidavit of service as to Qiang Guo. (Dkt. 68). The SEC effectuated service in the United Kingdom ("UK") pursuant to Federal Rule of Civil Procedure 4(f)(2)(A), which, in circumstances applicable here, permits service of an individual outside the United States by a means that is reasonably calculated to give notice as prescribed by the foreign country's law for service in that country in an action in its courts of general jurisdiction.

    As set forth in the letter from the SEC's UK counsel attached as Exhibit A hereto, service as to Qiang Guo was effectuated in a manner authorized by Rule 6.9 of the Civil Procedure Rules of England and Wales, which allows for service at a defendant's last known address.

    The SEC has now completed service of all defendants and relief defendants.

                             Respectfully submitted,

                             */s/ Daniel Loss*
                             Daniel Loss
                             Counsel to the SEC

cc:    All counsel of record (by ECF)