UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HO WAN KWOK, *et al.*,<br><br>　　　　　Defendant. | Case No. 1:23-cv-02200-PGG<br><br>Hon. Paul G. Gardephe<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE**, that the Defendant, Mountains of Spices LLC, hereby appears in the above-entitled action, and that the undersigned has been retained as Attorney for said Defendant and demand that a copy of the pleadings and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: Queens, New York
　　　　December 12, 2025

　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　**J. Zhang and Associates, P.C.**
　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant,*
　　　　　　　　　　　　　　　　　　　　　　　*Mountains of Spices LLC*

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jiyuan Zhang*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　By: Jiyuan Zhang, Esq. (JZ7401)
　　　　　　　　　　　　　　　　　　　　　　　3712 Prince Street, Ste 9C
　　　　　　　　　　　　　　　　　　　　　　　Flushing, NY 11354
　　　　　　　　　　　　　　　　　　　　　　　Tel: 718.701.5098
　　　　　　　　　　　　　　　　　　　　　　　JZ@jzhanglaws.com
　　　　　　　　　　　　　　　　　　　　　　　contact@jzhanglaws.com

**AFFIRMATION OF SERVICE**

I, Jiyuan Zhang, an attorney, certifies that on December 12, 2025, a true and correct copy of **NOTICE OF APPEARANCE**, was filed via the CM/ECF electronic filing system, thereby serving it upon all counsel of record and all interested parties.

*/s/ Jiyuan Zhang*
Jiyuan Zhang, Esq