**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 1:23-cv-02200-PGG |
| Plaintiff, | Hon. Paul G. Gardephe |
| v. | **NOTICE OF APPEARANCE** |
| HO WAN KWOK, et al., | |
| Defendant. | |

      **PLEASE TAKE NOTICE**, that the undersigned has been retained as an attorney for Defendant, Mountains of Spices LLC with Zhang and Associates, P.C., and hereby appears in the above-entitled action, and demands that a copy of the pleadings and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       December 16, 2025

                         Very truly yours,

                         **Malecki Law**
                         *Attorney for Defendant,*
                         *Mountains of Spices LLC*

                         *Jenice L. Malecki*
                         _____
                 Of AppearanceBy: Jenice L. Malecki, Esq.
                   11 Broadway, Suite 715
                   New York, NY 10004
                   (212) 943-1233
                   Jenice@MaleckiLaw.com